UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM D PYLE,

    Plaintiff,

v.                                                   Case No. 3:21cv1903-LC-HTC

OFFICER RANDLE,
STATE OF FLORIDA,
FLORIDA DOC,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 8, 2021 (ECF No. 5), recommending that this case be transferred to the Middle District of Florida. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv1903-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. The clerk is directed to transfer this case to the Middle District of Florida.

3. The clerk of court is directed to close the file in the Northern District for this case.

**ORDERED** on this 22nd day of November, 2021.

s/ *L.A. Collier*

Lacey A. Collier
Senior United States District Judge

Case No. 3:21cv1903-LC-HTC